**No. 62956.**—Border Brokerage Company *v.* United States, protest 58/10082 (Seattle).

Opinion by Rao, J.   When this case was called for trial, it was stipulated that the only items repaired in Canada were the engines and that no portion of the power saws had been repaired.   In accordance with stipulation of counsel and following *George S. Bush & Co., Inc.* v. *United States*, 41 C.C.P.A. 33, C.A.O. 525), the claim of the plaintiff was sustained.